# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRITTANY PECORARO** | ) | **CIVIL ACTION** |
| *Plaintiff* | ) | **NO. 2:23-cv-01556-EEF-MBN** |
| | ) | |
| **VERSUS** | ) | **DISTRICT JUDGE:** |
| | ) | **HON. ELDON E. FALLON** |
| **OCEAN HARBOR CASUALTY** | ) | |
| **INSURANCE COMPANY** | ) | **MAGISTRATE JUDGE:** |
| *Defendant* | ) | **HON. MICHAEL NORTH** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Brittany Pecoraro, and Defendant, Ocean Harbor Insurance Company, (collectively, the "Parties"), who represent to the Court that they have settled and compromised all claims arising among them. Thus, the Parties move this Honorable Court for an Order dismissing all of Plaintiff's claims with prejudice, with each party to bear its own costs.

                                                          Respectfully submitted,

| | |
|---|---|
| DEJEAN LAW OFFICE, LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | |
| *with consent /s/ Felix Dejean, IV* | */s/ James W. Hailey, III* |
| FELIX "ANDY" DEJEAN, IV (25028) | JAMES W. HAILEY, III (23111) |
| 604 St. Ferdinand Street | 400 Poydras Street, Suite 1300 |
| Baton Rouge, LA 70802 | New Orleans, LA 70130 |
| Telephone: (225) 344-2639 | Telephone: (504) 322-4100 |
| Fax: (225) 346-5252 | Fax: (504) 754-7569 |
| Email: andy@dejeannoland.com | Email: james.hailey@lewisbrisbois.com |
| *Attorneys for Plaintiff, Brittany Pecoraro* | *Attorney for Defendant,* |
| | *Ocean Harbor Insurance Company* |